STATE BOARD OF MEDICAL EXAMINERS OF NEW JER-
SEY, PLAINTIFF-APPELLEE. v. GEORGE H. COLEMAN,
DEFENDANT-APPELLANT.

Submitted October 16, 1925—Decided February 1, 1926.

On defendant's appeal from the District Court.

Before Justices PARKER, MINTURN and BLACK.

For the plaintiff-appellee, *Grover C. Richman.*

For the defendant-appellant, *Nathan Hale Berger.*

PER CURIAM.

This case is substantially identical with State Board *v.*
Maza, No. 443, of the present term, and for the reasons stated
in that case, the appeal will be dismissed.